IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) ) ) ) This Document Relates to United States ) District Court for Maryland ) ) (See Attachment A) ) ) ) | MDL 875 |

AND NOW, this _11th_ day of _August_, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: _8/11/00_

_____
Charles R. Weiner

| Name | SSN | Plaintiff Counsel | Court | Docket |
|---|---|---|---|---|
| MDL court Code: **MD** | | | | |
| ZOCH, WILLIAM E | 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 | PFEIFER | MD | 19842350 |
| MISTER, MARGARET | 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 | PFEIFER | MD | 19850345 |
| BROOKS, DOROTHY A | 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 | PFEIFER | MD | 19852574 |
| DIEHL, EDMUND B | 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 | PFEIFER | MD | 19860514 |
| TROUTMAN, CHARLOTTE | 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 | MANN CLARK | MD | 19862117 |
| HOUSER, WILLIE SR J | 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 | MANN CLARK | MD | 19862118 |
| CHERRY, JOSEPH J | 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 | MANN CLARK | MD | 19862120 |
| ALEXANDER, JOSHUA | 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 | MANN CLARK | MD | 19862123 |
| HINTON, ELVIN | 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 | ASHCRAFT | MD | 19862785 |
| WILCHINSKI, CHARLES | 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 | ASHCRAFT | MD | 19862878 |
| SAPP, FREDERICK H | 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 | ASHCRAFT | MD | 19863036 |
| GRADEN, MARY M | 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 | MANN CLARK | MD | 19863201 |
| LAMBDIN, MARY C | 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 | MANN CLARK | MD | 19863202 |
| WROTEN, BARBARA | 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 | PFEIFER | MD | 19863529 |
| LESSANE, NERO | 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 | PFEIFER | MD | 19870046 |
| WAJBEL, JOANNE M | 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 | PFEIFER | MD | 19870341 |
| PORTE, EUGENE H., JR. | 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 | ASHCRAFT | MD | 19870993 |
| SMITH, GLADYS E | 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 | PFEIFER | MD | 19871397 |
| SIMPSON, RUSSELL B | 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 | PFEIFER | MD | 19871477 |
| MAZZOTTA, ANTHONY J | 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 | ASHCRAFT | MD | 19871531 |
| BLAZUCKI, ALBIN M | 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 | ASHCRAFT | MD | 19871533 |
| JONES, JOSEPH E | 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 | ASHCRAFT | MD | 19871534 |
| ANDERSON, HARRY J | 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 | ASHCRAFT | MD | 19871536 |
| JAGIELSKI, JOSEPH M | 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 | ASHCRAFT | MD | 19871538 |
| PITT, WILLIAM S | 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 | ASHCRAFT | MD | 19871685 |
| JONES, LEONARD | 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 | ASHCRAFT | MD | 19871686 |
| BOYKO, EDWARD S | 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 | ASHCRAFT | MD | 19872865 |
| FRONDEN, JOHN B | 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 | ASHCRAFT | MD | 19872981 |
| SATCHELL, CLARENCE L | 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 | ASHCRAFT | MD | 19872982 |
| BRAHAM, GEORGE | 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 | ASHCRAFT | MD | 19872983 |
| OAKES, JOHN D | 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 | ASHCRAFT | MD | 19872984 |
| HARRIS, ROBERT A | 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 | ANGELOS | MD | 19873161 |
| FULLWOOD, CLYDE | 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 | ASHCRAFT | MD | 19873413 |
| FEE, LEO B | 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 | ASHCRAFT | MD | 19873414 |
| MANNING, EDWARD | 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 | ASHCRAFT | MD | 19873415 |
| GRAY, MICHAEL SR F | 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 | ASHCRAFT | MD | 19873416 |
| IRBY, LAWYER | 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 | ASHCRAFT | MD | 19873417 |
| BURGESS, EDWARD | 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 | ASHCRAFT | MD | 19873418 |

| Name | SSN | Plaintiff Counsel | Court | Docket |
|---|---|---|---|---|
| COMEGNA, SEBASTIAN J | 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 | ASHCRAFT | MD | 19873420 |
| MCCAULEY, HARRISON S | 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 | ASHCRAFT | MD | 19873429 |
| SHORT, JOHN H | 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 | PFEIFER | MD | 19873492 |
| TOMALAVAGE, VINCENT E | 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 | PFEIFER | MD | 19873493 |
| HALE, SAMUEL D | 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 | PFEIFER | MD | 19873494 |
| LEE, FELIX | 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 | ASHCRAFT | MD | 19880300 |
| NISONGER, DAVID W | 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 | ASHCRAFT | MD | 19880302 |
| DONALDSON, ERNEST W | 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 | ASHCRAFT | MD | 19880396 |
| MYRICK, JAMES A | 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 | ASHCRAFT | MD | 19880397 |
| MANTHEIY, FRANCIS B | 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 | PFEIFER | MD | 19880504 |
| WETZEL, RAYMOND R | 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 | PFEIFER | MD | 19880505 |
| SCHNETZKA, JOSEPH F | 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 | PFEIFER | MD | 19880506 |
| GOLD, ELDON P | 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 | CLIMACO | MD | 19880507 |
| DIVERS, CLARENCE R | 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 | PFEIFER | MD | 19880835 |
| PURCELL, JAMES W | 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 | ANGELOS | MD | 19880836 |
| MISTER, GEORGE C | 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 | PFEIFER | MD | 19880867 |
| ENDRICH, JOSEPH JR | 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 | ANGELOS | MD | 19880868 |
| BROWN, WILLIE M | 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 | ASHCRAFT | MD | 19880887 |
| FILLIAUX, GORDON J | 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 | ASHCRAFT | MD | 19880888 |
| MACKENNEY, JOSEPH L | 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 | ASHCRAFT | MD | 19880889 |
| SMITH, CHARLES C | 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 | ASHCRAFT | MD | 19880890 |
| BOROWICZ, JAMES A | 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 | ASHCRAFT | MD | 19880891 |
| JONES, PIERCE JR H | 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 | ASHCRAFT | MD | 19880892 |
| CLINE, KENNETH E | 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 | ASHCRAFT | MD | 19880893 |
| KARR, MICHAEL | 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 | ASHCRAFT | MD | 19880895 |
| ROMESBURG, RICHARD W. | 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 | ASHCRAFT | MD | 19880896 |
| WILEY, THOMAS | 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 | ASHCRAFT | MD | 19880897 |
| BOOZ, ROBERT LEE | 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 | PFEIFER | MD | S-88-1903 |
| TIPPING, JOHN F. | 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 | ANGELOS | MD | ~~JK07~~ 91-3085 |
| DAVIDSON, ROBERT LEE | 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 | SCRUGGS | MD | 88~~5422~~(1) 89-1745 |
| JOHNSON, HARDEN | 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 | ANGELOS | MD | 88~~281511~~ 90-2525 |
| RUSH, EDWARD E. | 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 | ANGELOS | MD | 89~~06541~~ 91-1376 |
| COTTMAN, HERMAN | 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 | CUNIFF | MD | 90~~138521~~ 89-2704 |
| BAILEY, CHARLES E. | 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 | CUNIFF | MD | 90~~183503~~ 93-3136 |
| HOOPER, WALTER SCOTT | 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 | PFEIFER | MD | 91-3458 |
| SPRENKLE, LINDA LEE | 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 | PFEIFER | MD | 91-3468 |
| ALTHOFF, ROBERT P., SR. | 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 | PFEIFER | MD | 91-3513 |
| GARDNER, GILBERT JOHN | 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 | PFEIFER | MD | 91-3515 |
| JOE, FRED, JR. | 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 | PFEIFER | MD | 91-3516 |

| Name | SSN | Plaintiff Counsel | Court | Docket |
|---|---|---|---|---|
| BLAKE, JAMES ORVAL | 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 | PFEIFER | MD | 91-3517 |
| NEUMAN, CHARLES W. | 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 | ANGELOS | MD | 9122~~1504~~ 92-2987 |
| TEMPLETON, ALBERT F. | 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 | PFEIFER | MD | 92-14 |
| BIGGS, SHARON | 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 | PFEIFER | MD | 92-1516 |
| MOORE, EVA | 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 | PFEIFER | MD | 92-1517 |
| SHARP, PAUL | 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 | PFEIFER | MD | 92-16 |
| CARROLL, JOHN DAVID | 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 | PFEIFER | MD | 92-17 |
| PINSON, CLARICE | 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 | ANGELOS | MD | 92-3460 |
| MAJKA, CECILLE | 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 | ASHCRAFT | MD | 92~~150501~~ 91-992 |
| MCCLINTON, LILLIE | 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 | ASHCRAFT | MD | 92~~150505~~ 89-3102 |
| SAULS, FLORENCE C. | 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 | ASHCRAFT | MD | 92~~150518~~ 90-803 |
| SHIPMAN, LOUVONIA | 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 | ASHCRAFT | MD | 92~~150522~~ 90-951 |
| SIMMONS-EL, KERRY | 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 | ASHCRAFT | MD | 92150523 |
| SIMMS, HORACE | 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 | ASHCRAFT | MD | 92~~150524~~ 90-195 |
| DANIELS, ERNEST T. SR. | 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 | ASHCRAFT | MD | 92~~150538~~ 90-448 |
| CLARK, LILLIAN MAE | 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 | ASHCRAFT | MD | 92~~150543~~ 90-149 |
| BENNETT, JANNIE | 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 | ASHCRAFT | MD | 92~~150548~~ 90-618 |
| GILES, CLARENCE E. | 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 | ASHCRAFT | MD | 92~~150559~~ 89-149 |
| WRIGHT, WILLIE J. | 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 | ASHCRAFT | MD | 92~~150561~~ 88-301 |
| WILKINS, ROBERT L., SR. | 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 | ASHCRAFT | MD | 92~~150576~~ 89-241 |
| ENEY, EVELYN | 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 | ASHCRAFT | MD | 92~~150578~~ 90-851 |
| FLOWERS, ALLEN L., SR. | 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 | ASHCRAFT | MD | 92~~150579~~ 90-628 |
| WYNN, ARTHUR | 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 | ASHCRAFT | MD | 92~~150593~~ 88-2712 |
| DOVER, EDGAR | 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 | ASHCRAFT | MD | 92~~150602~~ 88-2798 |
| DOUGHERTY, WANDA M. | 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 | ASHCRAFT | MD | 92~~150604~~ 88-874 |
| DEICHGRABER, FRANCES THE | 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 | PFEIFER | MD | 93-1194 |
| CARPENTER, GEORGE H | 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 | PFEIFER | MD | CV-88-1874 |
| MCGURRIN, ANTHONY | 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 | ASHCRAFT | MD | CV-88-3291 |
| WEAVER, GEORGE J. | 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 | ANGELOS | MD | CV-89-2471 |
| COTTMAN, HERMAN G. | 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 | ASHCRAFT | MD | CV-89-2704 |
| CRAWFORD, NATHANIEL | 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 | ASHCRAFT | MD | CV-89-2907 |
| BYRUM, ANN | 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 | ASHCRAFT | MD | CV-89-3157 |
| BARMORE, JOHN W. | 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 | ANGELOS | MD | CV-89-3239 |
| CIRUL, ELLEN S. | 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 | ASHCRAFT | MD | CV-89-765 |
| LIGGETT, JAMES W. | 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 | CUNIFF | MD | CV-90-1204 |
| WONDERS, EARL H. | 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 | ANGELOS | MD | CV-90-1315 |
| PYLES, ADA C. | 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 | ANGELOS | MD | CV-90-1316 |
| BOSLEY, HARRY S. | 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 | ANGELOS | MD | CV-90-1473 |
| SMITH, HERSHEL B. | 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 | ANGELOS | MD | CV-90-1476 |

| Name | SSN | Plaintiff Counsel | Court | Docket |
|---|---|---|---|---|
| CROUSE, RALPH | 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 | ANGELOS | MD | CV-90-3248 |
| NICHOLLS, LAWRENCE W. | 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 | ANGELOS | MD | CV-91-1172 |
| RUSH, LINDA S | 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 | ANGELOS | MD | CV-91-1376 |
| RUTH, CHARLES W. | 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 | ASHCRAFT | MD | CV-91-1476 |
| PARKER, WALLACE M. | 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 | PFEIFER | MD | CV-91-1611 |
| KIGHT, LUTHER M., JR. | 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 | ANGELOS | MD | CV-91-3083 |
| MCROBIE, KENNETH W. | 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 | ANGELOS | MD | **CV-91-3086** |
| BRUCE, MILFORD V. | 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 | ANGELOS | MD | CV-91-3087 |
| ALT, CHARLES V. | 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 | ANGELOS | MD | CV-91-3088 |
| AUSTIN, LENORA | 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 | KOONZ | MD | CV-92-1432 |
| BERTHA, ANNA LOUISE | 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 | PFEIFER | MD | CV-92-244 |
| BROWN, HILDA J. | 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 | ANGELOS | MD | CV-93-3017 |
| DAVIS, DOLPHUS J. | 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 | ANGELOS | MD | CV-93-3028 |
| GORI, EDWARD J. | 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 | ANGELOS | MD | CV-93-3030 |
| WILEY, RUSSELL R., JR | 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 | ANGELOS | MD | CV-93-3046 |
| BARBORKA, MARGARET E. | 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 | ANGELOS | MD | CV-93-3051 |
| HOWARD, RAY D. | 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 | ANGELOS | MD | CV-93-3080 |
| MILLS, TWILA JOY | 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 | ANGELOS | MD | CV-93-3133 |
| BARTOCK, HELEN M. | 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 | ANGELOS | MD | CV-93-3138 |
| DOEMLING, RICHARD A. | 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 | ANGELOS | MD | CV-93-3146 |
| GALLIA, NICHOLAS J. | 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 | ANGELOS | MD | CV-93-3168 |
| WEBER, JEAN | 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 | ANGELOS | MD | CV-93-3173 |
| MARCOMIN, JAMES A. | 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 | ANGELOS | MD | CV-93-3174 |
| CALDWELL, CHARLES L. | 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 | ANGELOS | MD | CV-93-3195 |
| HENRY, GARLAND | 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 | ANGELOS | MD | CV-93-3207 |
| MILLS, FRANK L. | 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 | ANGELOS | MD | CV-93-3221 |
| CARTER, ALVIN | 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 | ANGELOS | MD | CV-93-3250 |
| HOLLAND, GLADYS | 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 | ANGELOS | MD | CV-93-3263 |
| MCFADDEN, GUST, SR. (D) | 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 | ANGELOS | MD | CV-93-3269 |
| CUSHING, RONALD C. JR., | 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 | ANGELOS | MD | CV-93-3288 |
| ROCHE, JOSEPHINE M. | 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 | ANGELOS | MD | CV-93-3299 |
| ABBOTT, OTTO R. | 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 | ANGELOS | MD | CV-93-3305 |
| WINDES, HERMAN A. | 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 | ASHCRAFT | MD | CV-93-3330 |
| ROBLE, JAMES D. | 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 | ANGELOS | MD | CV-93-3343 |
| CORDIAL, EMMA | 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 | ANGELOS | MD | CV-93-3351 |
| JORDAN, DAVID E. | 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 | ANGELOS | MD | CV-93-3360 |
| MYERS, MELVIN L. | 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 | ANGELOS | MD | CV-93-3368 |
| RAMSEY, JERRY H. | 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 | ANGELOS | MD | CV-93-3370 |
| SCHNEIDER, NORMAN W., JR. | 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 | ANGELOS | MD | CV-93-3374 |

| Name | SSN | Plaintiff Counsel | Court | Docket |
|---|---|---|---|---|
| CLARK, JAMES W. | 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 | ANGELOS | MD | CV-93-3377 |
| HILL, WILLIE, JR. | 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 | ANGELOS | MD | CV-93-3385 |
| ROHRER, ALICE | 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 | ANGELOS | MD | CV-93-3408 |
| CIESIELSKI, DOLORES M. | 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 | ANGELOS | MD | CV-93-3412 |
| CARLINI, JOSEPH J. | 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 | ANGELOS | MD | CV-93-3447 |
| MAYHEW, RONALD P. | 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 | ANGELOS | MD | CV-93-3457 |
| SHUMAKER, JAMES B. | 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 | ANGELOS | MD | CV-93-3473 |
| MAYS, ELLA I. | 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 | ANGELOS | MD | CV-93-3492 |
| MOORING, FRANK | 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 | ANGELOS | MD | CV-93-3495 |
| NAGEL, JAMES F | 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 | ANGELOS | MD | CV-93-3496 |
| JACKSON, PAUL | 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 | ANGELOS | MD | CV-93-3521 |
| KRAHN, MARIE | 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 | ANGELOS | MD | CV-93-3523 |
| STRICKLAND, MORRIS C. | 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 | ASHCRAFT | MD | H 88-3182 |
| JAMES, HOMER S. | 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 | ASHCRAFT | MD | H-89-1322 |
| SCOWDEN, WALTER M., SR. | 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 | PFEIFER | MD | H-90-1280 |
| NOEL, CATHERINE | 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 | PFEIFER | MD | H-91-2112 |
| ANDERSON, ELEANORA | 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 | ASHCRAFT | MD | H88-1242 |
| HOLIFIELD, SADIE S. | 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 | ASHCRAFT | MD | H89-1036 |
| KINNAMON, HACKETT SILVER | 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 | PFEIFER | MD | H89-1722 |
| NIEMAN, FRANK STANLEY | 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 | PFEIFER | MD | H89-1782 |
| BROCKETT, GEORGE S. | 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 | ASHCRAFT | MD | H89-1833 |
| BYRD, THOMAS | 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 | PFEIFER | MD | H89-2450 |
| MOULTRIE, WILPHIA | 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 | ASHCRAFT | MD | H89-3066 |
| MYERS, JAMES WILBERT | 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 | PFEIFER | MD | H89-562 |
| COPELAND, HENRY | 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 | ASHCRAFT | MD | H89-747 |
| HYNES, JOHN L. | 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 | PFEIFER | MD | H90 2506 |
| WRIGHT, ROBERT LEE | 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 | PFEIFER | MD | HAR 88-1064 |
| HECKCROTE, EDGAR | 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 | ASHCRAFT | MD | HAR 88-2720 |
| SUGGS, OSCAR, JR. | 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 | ASHCRAFT | MD | HAR 88-2760 |
| MANNING, RICHARD JAY | 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 | PFEIFER | MD | HAR 88-3179 |
| SPEIGHT, MERTIE | 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 | ASHCRAFT | MD | HAR 89-1080 |
| TIERNAN, WILLIAM E. | 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 | ASHCRAFT | MD | HAR 89-2397 |
| MCCRAY, JOHN W. | 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 | ASHCRAFT | MD | HAR 89-3158 |
| SGROI, JOSEPH J. | 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 | ASHCRAFT | MD | HAR 90-1394 |
| JOHNSON, RAYMOND K. | 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 | ASHCRAFT | MD | HAR 90-802 |
| KOZIERACKI, JOSEPH A., SR | 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 | ASHCRAFT | MD | HAR 90-805 |
| KOROLCHUCK, NICKOLAY | 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 | PFEIFER | MD | HAR-88-1111 |
| NEWPORT, FRANZ S. | 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 | ASHCRAFT | MD | HAR-89-1443 |
| MCMILLAN, JOHNNIE LEE | 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 | PFEIFER | MD | HAR-89-3417 |

| Name | SSN | Plaintiff Counsel | Court | Docket |
|---|---|---|---|---|
| GRUBE, FRANK W., JR. | 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 | PFEIFER | MD | HAR-90-2191 |
| MEJIA, HUGO V., SR. | 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 | PFEIFER | MD | HAR-90-2519 |
| SHRUM, BARBARA | 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 | PFEIFER | MD | HAR-90-2755 |
| HART, CHARLES MAYNARD | 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 | PFEIFER | MD | HAR-91-1434 |
| ADAMS, ALVERNON I. | 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 | PFEIFER | MD | HAR-91-459 |
| BAILEY, ODELL C. | 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 | ASHCRAFT | MD | HAR88 2459 |
| MALLOY, EDWARD E., SR. | 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 | ASHCRAFT | MD | HAR88-2911 |
| JACKSON, DEBORAH S. | 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 | ASHCRAFT | MD | HAR88-3119 |
| RANDOLPH, JESSE R., SR. | 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 | ASHCRAFT | MD | HAR88-3283 |
| NEAL, GRADY | 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 | ASHCRAFT | MD | HAR88-3741 |
| MITCHEM, KELLY JACKSON | 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 | PFEIFER | MD | HAR88-3843 |
| BOWEN, HENRY JAMES | 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 | PFEIFER | MD | HAR88-3849 |
| APPERSON, ROSSER A. | 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 | ASHCRAFT | MD | HAR89-1978 |
| MITCHELL, JAMES HORACE | 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 | PFEIFER | MD | HAR89-2171 |
| PRZYWARA, LEONARD A., SR. | 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 | ASHCRAFT | MD | HAR89-2684 |
| TOWNSEND, LAWRENCE E., S | 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 | ASHCRAFT | MD | HAR89-707 |
| MEZICK, EUGENE A. | 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 | ASHCRAFT | MD | HAR89-740 |
| GREEN, GEORGE | 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 | ASHCRAFT | MD | HAR89-764 |
| MCWILLIAMS, STERLING, JR. | 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 | ASHCRAFT | MD | HAR90-801 |
| ADAMS, HELEN | 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 | ASHCRAFT | MD | HAR90-806 |
| SHAFFER, CHARLES J. | 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 | ASHCRAFT | MD | HAR91-1478 |
| WAMPLER, DALLAS CALVIN | 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 | PFEIFER | MD | HM 88 2606 |
| SEIBERT, LAWRENCE | 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 | ASHCRAFT | MD | HM 88-1460 |
| CHOMA, MICHAEL GREGORY | 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 | PFEIFER | MD | HM 88-1935 |
| PETERSON, THOMAS ROBERT | 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 | PFEIFER | MD | HM 88-2085 |
| WOJTON, STANLEY | 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 | ASHCRAFT | MD | HM 88-2719 |
| MARSHALL, WILLIAM J. | 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 | ASHCRAFT | MD | HM 88-2743 |
| MCDOWELL, JOHN C. | 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 | ASHCRAFT | MD | HM-88-1502 |
| HOROSCHAK, ROSALINE | 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 | MANN CLARK | MD | HM-88-2210 |
| GEISLER, GEORGE ROBERT | 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 | PFEIFER | MD | HM88-1110 |
| GUNTHER, ROBERT JOHN | 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 | PFEIFER | MD | HM88-1560 |
| GOMEZ, MANUEL A. | 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 | ASHCRAFT | MD | HM88-3117 |
| EDWARDS, JEREMIAH | 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 | ASHCRAFT | MD | HM88-3282 |
| PHILLIPS, EDWARD | 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 | ASHCRAFT | MD | HM88-3740 |
| JONES, RICHARD L. | 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 | ASHCRAFT | MD | HM89-1079 |
| KENNEDY, GEORGE EUGENE | 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 | PFEIFER | MD | HM89-1784 |
| ARVIG, CHARLES MILNE | 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 | PFEIFER | MD | HM89-2169 |
| PRICE, JOHN E. | 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 | PFEIFER | MD | HM89-2928 |
| LEE, HORACE C. | 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 | ASHCRAFT | MD | HM89-3100 |

| Name | SSN | Plaintiff Counsel | Court | Docket |
|---|---|---|---|---|
| GOLDSMITH, BENJAMIN | 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 | PFEIFER | MD | HM89-564 |
| BLANCHARD, CLOVIS L. | 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 | ASHCRAFT | MD | JFM 88-2721 |
| DANIEL, LESLIE L. | 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 | ASHCRAFT | MD | JFM 88-2934 |
| MALDEIS, DORIS M. | 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 | ASHCRAFT | MD | JFM 88-3176 |
| NAYLOR, ROBERT LEWIS | 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 | PFEIFER | MD | JFM 88-3180 |
| SERIO, JOSEPH T. | 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 | ASHCRAFT | MD | JFM 89-2398 |
| BYERS, WALTER W. | 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 | ASHCRAFT | MD | JFM 89-2685 |
| JOHNSON, JAMES L. | 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 | ASHCRAFT | MD | JFM 90-1182 |
| TURNER, HARVEY E. | 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 | ASHCRAFT | MD | JFM 90-263 |
| WINTER, REEVES | 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 | PFEIFER | MD | JFM-88-1065 |
| WILSON, MARTHA R. | 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 | ASHCRAFT | MD | JFM-88-1441 |
| GREEN, ROBERT L. | 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 | ASHCRAFT | MD | JFM-88-2281 |
| SHIFLETT, RUSSELL L. | 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 | MANN CLARK | MD | JFM-88-2707 |
| LYNCH, EDWARD R. | 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 | ASHCRAFT | MD | JFM-89-1486 |
| GIST, RICHARD M. | 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 | PFEIFER | MD | JFM-89-1779 |
| LINTON, WALTER MELVIN | 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 | PFEIFER | MD | JFM-89-1787 |
| ENGLAR, DONALD LEE | 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 | PFEIFER | MD | JFM-89-1819 |
| SMITH, NORMAN W. | 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 | ASHCRAFT | MD | JFM-90-200 |
| WILLIAMS, LEO R. | 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 | PFEIFER | MD | JFM-90-765 |
| BERRY, ROY CHRISTOPHER | 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 | PFEIFER | MD | JFM-90-766 |
| NEAL, DOROTHY ANN | 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 | PFEIFER | MD | JFM-91-1668 |
| SIDERCHUK, SHIRLEY | 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 | PFEIFER | MD | JFM-91-2111 |
| BRADLEY, LOUIS B., JR. | 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 | ASHCRAFT | MD | JFM88-1642 |
| NAUNTON, WILLIAM | 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 | ASHCRAFT | MD | JFM88-2515 |
| GAMBER, NELSON LEE | 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 | PFEIFER | MD | JFM88-3850 |
| SEVIER, ALBERT ROBERT | 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 | PFEIFER | MD | JFM89-1747 |
| HOWERY, ROBERT LEE | 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 | PFEIFER | MD | JFM89-2172 |
| WRIGHT, WILBUR THURSTON | 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 | PFEIFER | MD | JFM89-3418 |
| WALLS, JOHN P. | 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 | ASHCRAFT | MD | JFM89-710 |
| THOMAS, RICHARD L. | 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 | ASHCRAFT | MD | JFM89-745 |
| FANTON, GEORGE R., JR. | 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 | ASHCRAFT | MD | JFM89-761 |
| BASEMAN, MARVIN BEDFORD | 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 | PFEIFER | MD | JFM90-1621 |
| PAGE, SHEDRICK | 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 | ASHCRAFT | MD | JFM90-197 |
| GRAVES, LEONARD W. | 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 | PFEIFER | MD | JFM90-2027 |
| ROBINSON, NATHANIEL S. | 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 | ASHCRAFT | MD | JFM90-619 |
| KNACH, EDWARD MELVIN | 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 | PFEIFER | MD | JFM90-664 |
| SMITH, ROBERT STEPHEN | 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 | PFEIFER | MD | JFM90-739 |
| POLLARD, JESSE B., JR. | 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 | ASHCRAFT | MD | JFM90-949 |
| BOONE, EUGENE F. | 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 | PFEIFER | MD | JFM91-1010 |

| Name | SSN | Plaintiff Counsel | Court | Docket |
|---|---|---|---|---|
| GALLAGHER, THOMAS P. | 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 | ASHCRAFT | MD | JH 88 2553 |
| BREEDING, DAVIS | 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 | MANN CLARK | MD | JH 88-2710 |
| DAVIS, THOMAS | 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 | MANN CLARK | MD | JH 88-2722 |
| HELLER, WILSON | 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 | ASHCRAFT | MD | JH 88-3181 |
| BREUIL, JOHN E. | 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 | PFEIFER | MD | JH 90-1278 |
| GAINES, WILLIAM CLIFTON | 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 | PFEIFER | MD | JH 90-251 |
| GLENN, JEREMIAH S., SR | 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 | ASHCRAFT | MD | JH-88-1442 |
| JENTZSCH, KARL H. | 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 | ASHCRAFT | MD | JH-88-2282 |
| CUCINA, DONNA | 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 | PFEIFER | MD | JH-88-508 |
| SELLERS, CHARLES EDWARD | 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 | PFEIFER | MD | JH-89-1748 |
| KINARD, ARTHUR L. | 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 | ASHCRAFT | MD | JH-89-2686 |
| MALLON, CHARLES E (D) | 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 | ASHCRAFT | MD | JH-89-2980 |
| HURT, CLARENCE A | 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 | ASHCRAFT | MD | JH-89-3103 |
| YOUNG, CHARLES EUGENE | 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 | PFEIFER | MD | JH-89-566 |
| LIETUVNIKAS, JOSEPH E. | 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 | ASHCRAFT | MD | JH-89-78 |
| HICKS, CLARENCE, JR | 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 | ANGELOS | MD | JH-90-2026 |
| HARRIS, LOUIS EDWARD | 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 | PFEIFER | MD | JH-90-2521 |
| BROOKS, RUSSELL ALLEN | 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 | PFEIFER | MD | JH-90-290 |
| FATT, GEORGE EDWARD | 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 | PFEIFER | MD | JH88-1066 |
| ZENGEL, JOSEPH EARL | 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 | PFEIFER | MD | JH89-1720 |
| COSTER, PAUL FRANK | 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 | PFEIFER | MD | JH89-1780 |
| PARKS, WILLIS P. | 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 | ASHCRAFT | MD | JH89-1789 |
| BENZING, JAMES T. | 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 | ASHCRAFT | MD | JH89-2120 |
| GAUSLIN, EDWIN HARMON | 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 | PFEIFER | MD | JH89-2166 |
| PADGETT, PAUL ANDREW | 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 | PFEIFER | MD | JH89-560 |
| WARD, OSCAR | 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 | ASHCRAFT | MD | JH89-746 |
| HOOK, LOUIS W. | 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 | ASHCRAFT | MD | JH89-762 |
| MAY, CHARLES J. | 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 | PFEIFER | MD | JH91-1260 |
| MCCALLISTER, ELIGAH L. | 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 | ASHCRAFT | MD | K 88-2744 |
| RIDDICK, WILLIAM SAMUEL | 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 | PFEIFER | MD | K-88-3848 |
| WHITLEY, VIRGIL RAY | 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 | PFEIFER | MD | K-89-1785 |
| SOKOL, CHARLIE FRED | 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 | PFEIFER | MD | K-90-287 |
| WILCHINSKI, HELEN A. | 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 | ASHCRAFT | MD | K88-2264 |
| CECIL, LINWOOD H. | 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 | ASHCRAFT | MD | K88-3118 |
| STRECKFUS, ELFRIEDE | 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 | PFEIFER | MD | K88-3844 |
| WHITE, MARY S. | 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 | PFEIFER | MD | K89-1362 |
| DAVIDSON, ROBERT LEE | 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 | PFEIFER | MD | K89-1745 |
| STOREY, JOHN | 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 | PFEIFER | MD | K89-2170 |
| GAMBLE, JUNIOR L. | 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 | ASHCRAFT | MD | K89-2683 |

| Name | SSN | Plaintiff Counsel | Court | Docket |
|---|---|---|---|---|
| FALKENHAN, MARY E. | 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 | ASHCRAFT | MD | K89-647 |
| HAMMOND, LULA | 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 | ASHCRAFT | MD | K89-739 |
| HYLTON, FRANKLIN D. | 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 | ASHCRAFT | MD | K89-759 |
| NIEDOBA, LEONARD | 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 | PFEIFER | MD | K90-2508 |
| MCELDREW, JOHN A. | 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 | ASHCRAFT | MD | K91-1477 |
| SAUTTER, ANN | 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 | PFEIFER | MD | MJA-90-2025 |
| VINCENT, IVOR | 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 | PFEIFER | MD | MJG 90-540 |
| MCEACHERN, GARY L. | 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 | PFEIFER | MD | MJG-90-2520 |
| LANGSTON, ELIZABETH D. | 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 | ASHCRAFT | MD | PN 88-2991 |
| SCHINELLA, VALERIE | 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 | PFEIFER | MD | PN 89-1721 |
| ANDREWS, DAVID W. | 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 | ASHCRAFT | MD | PN 89-3155 |
| FRANZ, MICHAEL JOHN | 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 | PFEIFER | MD | PN 89-561 |
| ALFORD, JAMES A. | 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 | ASHCRAFT | MD | PN 90-262 |
| STALLINGS, JAMES | 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 | PFEIFER | MD | PN 90-541 |
| GOLABOWSKI, EDWARD J. | 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 | PFEIFER | MD | PN-88-1067 |
| TAYLOR, WILLIAM J. | 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 | ASHCRAFT | MD | PN-88-1241 |
| MENNIT, BERTHA IRENE | 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 | PFEIFER | MD | PN-88-1558 |
| BAUMER, GERMANUS ANDRE | 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 | PFEIFER | MD | PN-88-1902 |
| VITTEK, EDWARD L. | 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 | ASHCRAFT | MD | PN-88-2711 |
| MANKIEWICZ, JOHN J. | 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 | ASHCRAFT | MD | PN-89-1487 |
| CORLEY, JAMES B. | 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 | ASHCRAFT | MD | PN-89-2687 |
| BRAMBLE, GERALD DAVID | 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 | PFEIFER | MD | PN-89-567 |
| STOWARS, REBA VIOLET | 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 | PFEIFER | MD | PN-90-291 |
| GASQUE, EDWARD | 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 | ASHCRAFT | MD | PN88-1458 |
| TRUSZKOWSKI, ROBERT CRAI | 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 | PFEIFER | MD | PN88-1559 |
| MANNING, MICHAEL | 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 | PFEIFER | MD | PN88-1779 |
| DAVENPORT, LOUIS R. | 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 | ASHCRAFT | MD | PN88-2078 |
| NAWROCKI, VINCENT J. | 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 | ASHCRAFT | MD | PN88-2092 |
| MYERS, ETHEL P. | 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 | ASHCRAFT | MD | PN88-3739 |
| GARRISON, MARCEL | 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 | ASHCRAFT | MD | PN88-3876 |
| JONES, RICHARD G. | 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 | ASHCRAFT | MD | PN89-1321 |
| LANIER, FREDERICK D. | 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 | ASHCRAFT | MD | PN89-1790 |
| BENTLEY, GEORGE H. | 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 | ASHCRAFT | MD | PN89-2233 |
| SOMMERVILLE, HAROLD W. | 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 | MANN CLARK | MD | PN89-2422 |
| DANIELS, ERNEST T. SR. | 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 | ASHCRAFT | MD | PN90-948 |
| SANFT, JOHN M. | 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 | ASHCRAFT | MD | S 88-2111 |
| SCALES, JAMES A. | 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 | ASHCRAFT | MD | S 88-2554 |
| DETAMORE, RUTH I. | 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 | ASHCRAFT | MD | S 88-2799 |
| POREMSKI, LEO P. | 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 | ASHCRAFT | MD | S 90-1393 |

| Name | SSN | Plaintiff Counsel | Court | Docket |
|---|---|---|---|---|
| BENNETT, WALTER N. | 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 | PFEIFER | MD | S 91-1377 |
| WOLF, JAMES O. | 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 | ASHCRAFT | MD | S-89-3067 |
| TOWNSEND, HERLBERT | 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 | PFEIFER | MD | S-90-2507 |
| LESTER, CHARLES EDWARD | 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 | PFEIFER | MD | S-90-286 |
| SPENCE, KENNETH J. | 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 | ASHCRAFT | MD | S88 3281 |
| WOOD, WILLIAM | 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 | ASHCRAFT | MD | S88-1459 |
| ARMIGER, GERALD PAUL | 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 | PFEIFER | MD | S88-2084 |
| SLAYSMAN, WALTER DANIEL | 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 | PFEIFER | MD | S89-1723 |
| ANDERSON, NOAH JOSEPH | 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 | PFEIFER | MD | S89-1783 |
| HIBLER, JAMES H. | 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 | ASHCRAFT | MD | S89-1791 |
| KELL, LEWIS EARL | 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 | ASHCRAFT | MD | S89-197 |
| GLENN, BENJAMIN NORMAN | 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 | PFEIFER | MD | S89-2453 |
| DUBRITTON, BONNIE | 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 | PFEIFER | MD | S89-3416 |
| STABILITO, ARNESTO S. | 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 | ASHCRAFT | MD | S89-708 |
| WHITE, JOHN A. | 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 | ASHCRAFT | MD | S89-748 |
| KLIMOVITZ RAYMOND JOSEP | 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 | PFEIFER | MD | S90-740 |
| COLEMAN, ISAAC A. | 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 | ASHCRAFT | MD | S90-76 |
| REIF, CHARLES GEORGE | 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 | PFEIFER | MD | S91-1156 |
| BRENGLE, JOHN WALLACE | 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 | PFEIFER | MD | WN-90-1592 |
| DILLON, RONALD RICHARD | 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 | PFEIFER | MD | WN-90-2522 |
| JOHNS, JUAN | 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 | PFEIFER | MD | WN-91-1326 |
| HILTNER, RONALD LEE | 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 | PFEIFER | MD | WN-91-25 |
| SCOTT, ROBERT DUDLEY | 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 | PFEIFER | MD | WN91-1667 |
| KNOPP, ERNEST L. | 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 | PFEIFER | MD | WW90-2024 |
| SWARTZBAUGH, JAMES RAY | 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 | PFEIFER | MD | Y90-1590 |